IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILLIP B. KRIEGE, ) | CV 16-00324 DKW-KJM |
| ) | |
| Plaintiff(s), ) | ORDER ADOPTING |
| ) | MAGISTRATE JUDGE'S |
| vs. ) | FINDINGS AND |
| ) | RECOMMENDATION |
| STATE OF HAWAII CONSUMER ) | |
| PROTECTION DIVISION; MARK ) | |
| S. KAWATA; GREG N. ) | |
| MORIMOTO; MICHAEL A. NUSS; ) | |
| IRON HORSE TOWING; BRENDA ) | |
| ORTEZ PARKS; HARLEY PARKS; ) | |
| DOES 1-10, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 02, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Without Prejudice Defendants State of Hawaii

Consumer Protection Division, Mark S. Kawata and Iron Horse Towing for Lack of Service" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 22, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*PHILLIP B. KRIEGE v. State of Hawaii, et al.*; CV 16-00324 DKW-KJM;
**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**